# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of
**Hon. Lisa Margaret Smith**
United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------X
UNITED STATES OF AMERICA,

                  Plaintiff,                    **ORDER**

     -against-                    19 CR 562 (KMK)

JAMAL STEPHENSON,

                Defendant.
--------------------------------------------------------X

TO ALL PARTIES:

      The Court has received a request for a Bail Hearing in this matter. Defendant's counsel has

already submitted a letter in support of the bail application. The Government's counsel is ordered

to submit a letter in opposition to the bail application by Friday, April 10, 2020, at 12:00 PM.


Dated:  April 9, 2020
       White Plains, New York


SO ORDERED:

_____
Hon. Lisa Margaret Smith
U.S.M.J.