

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

May 6, 2020

**BY ECF AND E-MAIL**
The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: *United States v. Jamal Stephenson*, 19 Cr. 562 (KMK)

Dear Judge Karas:

The Government respectfully submits this letter, with the consent of defense counsel to defendant Jamal Stephenson, to request that the Court (1) again briefly adjourn, for approximately two weeks, the status conference currently scheduled for May 8, 2020 at 10:30 a.m., and (2) exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), until the date of the next appearance. With an approximately two-week adjournment, the Government anticipates that a pre-trial disposition will be finalized with Stephenson. Stephenson's guilty plea has not yet occurred due to an outstanding issue regarding Stephenson's criminal history category; the parties have discussed the issue and are now targeting the end of next week as Stephenson's change-of-plea hearing date. Accordingly, the Government respectfully requests that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), until the date of the next appearance, in order for the parties to continue to pursue and finalize a pre-trial disposition, and submits that such exclusion of time is in the interest of justice. Counsel to Stephenson consents to the above requests.

Granted. The conference is adjourned until 5/21/20 at 10 am. Time is excluded until then to allow the parties to resolve certain issues related to a possible disposition. The interests of justice from this exclusion outweigh the public's and Defendant's interests in a speedy trial. See 18 U.S.C. Section 3161(h)(7)(A).

So Ordered.

*[signature]*
5/7/20

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: /s/ David R. Felton
David R. Felton/Samuel L. Raymond
Assistant United States Attorneys
Tel: (914) 993-1908/(212) 637-6519

cc: Michael K. Burke, Esq. (counsel to Stephenson) (by ECF and e-mail)