UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

UNITED STATES OF AMERICA,

         Plaintiff,      **MEMORANDUM**

  -against-           19 Cr. 562 (KMK)

JAMAL STEPHENSON

         Defendant.
-------------------------------------------------------------x

TO:  Kenneth M. Karas, United States District Judge:

  Please find attached a transcript of the May 15, 2020 plea allocution over which I presided, setting forth my Report and Recommendation to you.  Please let me know if I can be of further assistance.

Dated: May 19, 2020
   White Plains, New York

                Respectfully Submitted,

                s/ Paul E. Davison

                _____
                PAUL E. DAVISON
                United States Magistrate Judge